No. 516. MESSINGER v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 1414. TILTON ET AL. v. COWLES PUBLISHING Co. Sup. Ct. Wash. Certiorari denied.

No. 1427. GARRETT ET AL. v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 1440. OPIE v. MEACHAM, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 1461. BERGMAN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 1536. IN RE GANTT. Sup. Ct. Ala. Certiorari denied.

No. 1551. LANIER v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 1552. BANKERS MORTGAGE Co. v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 1562. LONGO ET AL. v. CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 1563. COPPOLINO v. FLORIDA. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 1566. MONROE AUTO EQUIPMENT Co., HARTWELL DIVISION v. NATIONAL LABOR RELATIONS BOARD. C. A. 5th Cir. Certiorari denied.

No. 1567. WAINWRIGHT, CORRECTIONS DIRECTOR v. BAKER. C. A. 5th Cir. Certiorari denied.